FILE COPY



# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

PATRICK A. PIRTLE
Justice

VIVIAN LONG
Clerk

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

August 30, 2017

David M. Crook
CROOK & JORDAN
P.O. Box 94590
Lubbock, TX 79493
* DELIVERED VIA E-MAIL *

Jeffrey S. Ford
Assistant Criminal District Attorney
P.O. Box 10536
Lubbock, TX 79408
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-17-00160-CR
Trial Court Case Number: 2015-406,494

**Style:** LaDonna Johnson v. The State of Texas

Dear Counsel:

By Order of the Court Appellant's Motion to Supplement the Clerk's Record on Appeal is this day denied. On August 30, 2017, the district clerk supplemented the clerk's record as requested by Appellant.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc: Honorable Jim Bob Darnell (DELIVERED VIA E-MAIL)
Barbara Sucsy (DELIVERED VIA E-MAIL)